EAG
F.#2010R02047

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANTHONY ROMANELLO,

    Defendant.

- - - - - - - - - - - - - - - - X

L I M I T E D
U N S E A L I N G
O R D E R

Cr. No. 10-0929 (ILG)

       Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorney Elizabeth A. Geddes for an Order (1) unsealing Docket No. 99-CIV-A20 for the limited purpose of providing the government with the orders, applications and affidavits filed in Docket No. 99-CIV-A20, and the periodic reports prepared in connection with such orders, applications and affidavits; and (2) authorizing the government to disclose to defense counsel in the above-captioned matter those orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications; and full consideration having been given to the matters set forth therein,

       IT IS HEREBY ORDERED that Docket No. 99-CIV-A20 is unsealed for the limited purpose of providing the government with the orders, applications and affidavits filed in Docket No. 99-CIV-A20, and the periodic reports prepared in connection with such orders, applications and affidavits.

IT IS FURTHER ORDERED that the government may disclose to defense counsel in the above-captioned matter the orders, applications and affidavits filed in Docket No. 99-CIV-A20; the periodic reports prepared in connection with such orders, applications and affidavits; and the intercepted communications regarding the following interceptions:

| Date of Authorization (Judge/Court) | Facility Intercepted |
|---|---|
| May 25, 1999 (Hon. Nina Gershon) | Intercepted oral communications in the ground floor of the social club located at 107-24 Corona Avenue, Corona, New York |
| July 2, 1999 (Hon. Edward R. Korman) | Intercepted oral communications in the ground floor of the social club located at 107-24 Corona Avenue, Corona, New York |

IT IS FURTHER ORDERED that the original orders, applications and affidavits filed in Docket No. 99-CIV-A20, the periodic reports prepared in connection with such orders, applications and affidavits, and the intercepted communications shall remain sealed, and no further disclosure of any of such orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and

intercepted communications shall be made by any person without authorization of a judge of competent jurisdiction.

Dated: Brooklyn, New York
       **3-15-**, 2011

**ILG**

THE HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK