GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

November 18, 2011

By ECF

Jack Dennehy, Esq.
Amanda Hector, Esq.
M. Kristin Mace, Esq.
Assistant United States Attorneys
271 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Anthony Romanello
     10 Cr. 929 (S-1) (ILG)

Dear Counsel:

  Defendant is charged in Racketeering Act 1 with Extortionate Collection of Credit Conspiracy "[i]n or about and between January 1990 and December 1999, both dates being approximate and inclusive". Indictment, ¶ 15. That time period is so extended that Mr. Romanello is unable to mount a defense to that allegation.

  This letter is to request, pursuant to Fed.R.Crim.P. 7(f), that you particularize when within that time frame Mr. Romanello allegedly committed the charged conduct.

          Very truly yours,

          Gerald J. McMahon

GJM:cw
cc: Mathew J. Mari, Esq.
  (by ECF)