

**GERALD J. McMAHON, ESQ:**
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
(212) 797-1877 (tel)
(212) 797-1419 (fax)
gm@geraldjmcmahon.com (e-mail)

FILED
IN CLERK'S OFFICE
US           E.D.N.Y

DEC 1 3 2011  ★

BROOKLYN OFFICE

December 9, 2011

<u>By ECF & Facsimile</u>

The Honorable I. Leo Glasser
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Anthony Romanello</u>
       10 Cr. 929 (S-1) (ILG)

Dear Judge Glasser:

    I write to request a two day extension of time - from Monday, December 12, 2011 to Wednesday, December 14, 2011 – to submit opposition to the two, recently-filed government motions in limine.

    The government, by Assistant United States Attorney Jack Dennehy, consents to this request.

                Very truly yours,

                /s/   <u>Gerald J. McMahon</u>
                Gerald J. McMahon (GM 4314)

GJM:cw
cc: All Counsel
    (by ECF)

Granted
So ordered
S/ILG
12/13/11