GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

December 19, 2011

By ECF & Facsimile

The Honorable I. Leo Glasser
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Anthony Romanello
10 Cr. 929 (S-1) (ILG)

Dear Judge Glasser:

During a telephone conversation this afternoon with the prosecutors in the above-referenced case, I asked when I would be receiving the 3500 material for Andrew Zorsh, a/k/a "CW-1", who was the accountant for Queensboro Concrete. I was informed that there was a problem with locating the plea and sentence minutes since there may never have been a transcript made and the stenographic notes may have been destroyed. The prosecutors stated they are continuing to look in other locations. Needless to say, if the minutes cannot be located, it will raise significant issues.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: All Counsel
    (by ECF)

lt252