

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:JD  
F.#2010R02047

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 28, 2011

**By ECF and Fax**
The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Anthony Romanello
>      Criminal Docket No. 10-929 (ILG)

Dear Judge Glasser:

The government respectfully submits this letter in advance of tomorrow's 10:30 a.m. status conference to request that trial in the above-captioned matter ("Romanello") be adjourned from January 9, 2012 to January 17, 2012.  On Tuesday, January 3, 2012, the undersigned is scheduled to begin jury selection and trial in United States v. Frank Dimattina, 11 CR 705 (JBW) ("Dimattina").  While the Dimattina trial is scheduled to last no more than 3 days, to avoid the scheduling conflict that would arise if it were to extend into the week of January 9, the government respectfully requests that the Romanello trial be adjourned for one week, with jury selection commencing on January 17, 2012.  The government will be prepared to address this matter further at tomorrow's status conference.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:  /s/ Jack Dennehy
     Jack Dennehy
     Assistant U.S. Attorney
     718-254-6133

cc:  Clerk of Court (ILG) (by ECF)
     Defense counsel (by ECF)