

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:JD
F.#2010R02047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 28, 2011

**By ECF and Fax**
The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT _____

☆ JAN _ 2012 ☆

BROOKLYN OFFICE

Re: United States v. Anthony Romanello
Criminal Docket No. 10-929 (ILG)

Dear Judge Glasser:

The government respectfully submits this letter in advance of tomorrow's 10:30 a.m. status conference to request that trial in the above-captioned matter ("Romanello") be adjourned from January 9, 2012 to January 17, 2012. On Tuesday, January 3, 2012, the undersigned is scheduled to begin jury selection and trial in United States v. Frank Dimattina, 11 CR 705 (JBW) ("Dimattina"). While the Dimattina trial is scheduled to last no more than 3 days, to avoid the scheduling conflict that would arise if it were to extend into the week of January 9, the government respectfully requests that the Romanello trial be adjourned for one week, with jury selection commencing on January 17, 2012. The government will be prepared to address this matter further at tomorrow's status conference.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ Jack Dennehy
Jack Dennehy
Assistant U.S. Attorney
718-254-6133

cc: Clerk of Court (ILG) (by ECF)
    Defense counsel (by ECF)

Request denied
So ordered
s/ ILG
12/29/11