GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

January 5, 2012

By ECF & Facsimile

The Honorable I. Leo Glasser
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Anthony Romanello
        10 Cr. 929 (ILG)

Dear Judge Glasser:

    In the last 24 hours, the government has produced 3500 material measuring one foot and two inches high, and last night they emailed the undersigned two motions *in limine* seeking to limit cross-examination of cooperating witnesses Andrew Zorsh and Generoso Barbieri. No explanation was given as to why these motions *in limine* could not have been filed weeks, if not months, ago.

    This letter is to request that the Court summarily deny the government motions as untimely. As the government points out in its letters, the Court has the discretion to keep cross-examination within reasonable limits. Having waited until the eleventh hour, the government should be left to rely on trial objections and Court rulings. If Your Honor does wish me to address the merits of the government's motions, I seek leave to respond on Monday morning.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: All Counsel (by ECF)