**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

RECEIVED
5/1/1/v
Chambers of
I. Leo Glasser
U.S.D.J.

MM:TM:JD
F.#2011R02050

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 1, 2012

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 04 2012 ★

**BROOKLYN OFFICE**

BY HAND DELIVERY AND ECF

The Honorable Carol B. Amon
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  United States v. Nicholas Santora, et al.
     Criminal Docket No. 12-50 (S-5) (CBA)

Dear Chief Judge Amon and Judge Glasser:

Pursuant to Local Rule 50.3.2(b)(4) and (c)(1), the government hereby notifies the Court that the above-captioned case may become related to United States v. Anthony Romanello, No. 10 CR 929 (S-1)(ILG) ("Romanello").

Local Rule 50.3.2(b)(4) provides that where "a defendant has been convicted in more than one case and the sentences are pending before different judges, each of the pending sentences shall be imposed by a single judge determined by all of the relevant judges to be best suited to do so." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another."

This letter constitutes the notice contemplated by Local Rule 50.3.2(c)(1). This case may become related to Romanello if Anthony Romanello is convicted, either by plea or at trial, in the above-captioned matter. In Romanello, the defendant pleaded guilty before Judge Glasser to RICO conspiracy

- 2 -

and is scheduled to be sentenced on May 18, 2012. Therefore, in the event defendant Romanello were to face a sentence on both cases, the government respectfully gives notice that reassignment to a single sentencing judge would be required under Local Rule 50.3.2(b)(4).

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: ____/s/_____
Jack Dennehy
Amir H. Toossi
Assistant U.S. Attorneys
(718) 254-6133/6176

cc: Richard Rehbock, Esq. (via electronic mail)
Mathew J. Mari, Esq.

*Approved, reassignment to me.*

s/ILG