**GERALD J. McMAHON, ESQ.**
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
(212) 797-1877 (tel)
(212) 797-1419 (fax)
gm@geraldjmcmahon.com (e-mail)

May 8, 2012

By ECF and Facsimile

The Honorable I. Leo Glasser
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Anthony Romanello
           10 Cr. 929 (S-1) (ILG)

Dear Judge Glasser:

      As you know, Mr. Romanello was recently arrested and charged with an extortion dating back to 2006/2007. Defendant is scheduled to be sentenced by Your Honor on May 18th in connection with the above-referenced matter. This letter is to request that sentencing be adjourned *sine die*, but that we use the scheduled time on May 18th to hold a pretrial conference. Chief Judge Amon has scheduled a conference on the new indictment for 3 p.m. on the same day (May 18th).

      I have been on trial in the Southern District of New York for the last two and one-half weeks and the case will go to the jury tomorrow. I will, therefore, be available for the conference on May 18th.

                                    Very truly yours,

                                    /s/   *Gerald J. McMahon*
                                    Gerald J. McMahon (GM 4314)

GJM:cw
cc: All Counsel
     (by ECF)

lt371