UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,            :

      -against-                                     :            10 Cr. 929 (S-1) (ILG)

ANTHONY ROMANELLO,                   :

                Defendant.          :

--------------------------------------------------------x

### SENTENCING LETTERS SUBMITTED ON
### BEHALF OF DEFENDANT ANTHONY ROMANELLO

 

Gerald J. McMahon, Esq.
*Attorney for Defendant Romanello*
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004

Dear Judge Glasser,

I am writing this letter on behalf of my father Anthony Romanello. He will be before your honor for sentencing in April 2012. The reason I am writing is to make a plea for leniency while rendering sentencing. My dad is a very big part of not only my life but also the lives of my children. While I do understand the picture that has been painted of my father, I would like to shed some light on the side you would not be able to see. We are a very close family. While I would not try to pass us off at the "Brady Bunch", we all live in the same town of Franklin Square and are all involved in each other's lives. Everyone is involved in my life in particular. I have been divorced for about ten years now. My children were only 3 and 5 when I first ventured out on my own. Needless to say, I needed a lot of help. Prior to my divorce I was a stay at home mom. Following my divorce, I had to move back home with two small children, get a job, survive two custody battles (which almost killed me) and still manage to maintain some dignity. I can assure you this was a very difficult time in my life. My father went to every court date with me. More importantly, my parents and the rest of my family made my children feel a strong sense of security at a time in their lives when they had lost everything. I do mean everything and also a lot of people. One of the key people that had slowly removed himself was their father. He currently lives in Tennessee and has not seen his children for about 5 years. I have had my children in therapy for quite a few years due to circumstances that had presented themselves. I am very proud to say that they have done extremely well in spite of all the events that they have been presented with. They were starting school, I was starting a job and there was a tremendous amount of adjusting taken place. I managed to get through all of this without my children never having to be in child care and never having to feel the pain they would have to feel had it not been for my family. My dad has taken my kids to school, from school, to the dentist, to surgeries and too many other things to mention. When there was an empty chair held for the father up at school, my dad was the person who filled it. When my daughter thinks about her father daughter dance at her sweet sixteen, she will tell you that she will dance with her grandfather. Keep in mind, my son Tyler is now 15 and my daughter, Alexandria, is now 13. I have two very happy, healthy, well adjusted children that play all kinds of sports, go to gyms and have very active social lives. Obviously, I cannot be in two places at once. On many occasions, my dad will pick one up while I am dropping one off. If I am working and they are sick at school he gets them. If I am working and they are hungry he brings them food. I work six days a week to be able to support my family. In any event, my children do well in school and in our community because of the support system we have. My son is venturing into territory that I am not familiar with. When he started to shave, it was my dad who ran and got him his first razor. Recently he had a sweet sixteen to attend and it was my dad who helped him get dressed. He even borrowed my dad's shirt and tie (and looked very handsome). My plea to the court simply is to show leniency to a 74 year old grandfather whose grandchildren need him very much. The world will not be a better place with Anthony Romanello off the street, there will just be a couple of sad people waiting to go visit him. I truly appreciate your taking the time to read this letter and I will be with my father as well as the rest of my family when he stands before you in April.

Very Truly Yours,

Doreen Romanello

# Linda Lockspeiser LCSW, ACSW

*15 Fletcher Ave.*
*Valley Stream, New York 11580*

*516-285-5227*
*Cell 516-467-7889*
*lplockspeiser@yahoo.com*

1/23/2012

To Whom It May Concern:

I am a therapist in private practice who has worked extensively with Tyler and Alexendria Davis, the children of Doreen Romanello as a result of abuse they had experienced as young children by their father from whom they remain estranged.

This letter is being written on the request of Ms. Doreen Romanello on behalf of her father. While I have never met Mr. Romanello, it is my professional opinion that the wellbeing of the children was directly influenced by their close relationship with their grandfather who was and continues to be a guiding force and supportive father figure in their lives. Since Ms. Romanello was forced to go to work to support the children after her separation from their father, the children spent many hours each day with their grandparents and so developed a close bond that provided a sense of security as well as a source of support that counteracted the negative impact of the abuse. Their healing has been ongoing, and they are adjusting very well in school, in their relationships and in their self-esteem.

I am writing this brief summary in the hope that this will be taken into consideration by the court in Mr. Romanello's present case.

Sincerely,

*Linda Lockspeiser*

Linda Lockspeiser LCSW

June 11, 2012

To Whom It May Concern:

I am writing today to plead with the court not to impose a jail sentence on my Father, Anthony Romanello. Since I was born, my Father has always been there. I don't know a lot of people that can honestly say that, but he was.

Not only was he there while I was growing up, loving and supporting our family, he was there when my marriage went bad and I had no place to go with my two young daughters. As a single parent, with two kids, money was tight and times were tough. My father opened his home, he fixed up the basement and allowed us to live there.

He is a dedicated family man who takes great pride in all of his endeavors. He is sincere, honest & trustworthy. He shows genuine concern for his community and is always there to lend a helping hand. He is a good man, a loving husband, a wonderful father and a wonderful grandfather.

He is the rock of our family and without him would truly be a hardship on us all!

Your consideration is greatly appreciated.

Respectfully Submitted,

*Darlene Romanello*
Darlene Romanello

To whom it may concern,

    My name is Angela Camino I am 30 years old. My father was never in my life so my grandfather Anthony Romanello basically raised me and supported me my whole life I lived with my grandparents since I was 2 years old. Now I have a son who looks up to his great grandfather more than anything and would be devastated not to be able to see him everyday. The first thing my son does when he wakes up is ask to go see his grandparents. Please take our family and lives into consideration when deciding the fate of our grandfather.

Sincerely,

*Angela Camino*

Angela Camino

Dear Judge Glasser,

I havent seen my dad in several years but I always have my Grandpa to count on when I need anything. No matter what it is my grandpa is their for me and I dont know what I would do without him. Whether I need a ride somewhere or advice on something my grandpa is always there.

Sincerely,
Tyler Davis

Dear Judge Glasser,

My name is Alexandria Davis, I am 14 years old. My Grandfather is Anthony Romanello. The reason I am writing this letter is because I know he is in trouble. Please don't take him to jail because he is a father figure to me. I don't see my dad anymore but my Granpa fills in his spot. He gives me everything I need and want. He comes to my softball and volleyball games and you always know he's there because he yells my name. ~~[scribbled out]~~ I would be really happy if you can find a way to let my Granpa stay home.

sincerely,
Alex Davis

To whom it may concern,

This is Anthony Romanello, and I am writing in regard of my grandfather, Anthony Romanello. I am twenty years of age, and I am getting ready to graduate from college, in which I then plan on becoming a firefighter, which me and my grandfather have talked about on numerous occasions. Although he worries for my safety, I have his full support on the matter. It is to my understanding that my grandfather is in some sort of legal trouble, in which I do not know much about. I am writing to get it out there that my grandfather is a really great guy, and has always been there when me or any other member of my family has needed him. He is always with us for holidays, birthdays, and family sporting events and they all just wouldn't be the same without him. Please take this letter into consideration.

Sincerely,

Anthony Romanello

June 2012

To Whom It may concern:

My name is Samantha Romanello. I am 14 years old and just finished 8th grade at H. Frank Carey High School. I am writing about my grandfather, Anthony Romanello. My grandpa loves to come and watch me play sports. I play basketball, volleyball and softball. He watches my games, cheers me on and then after we go over each game play by play. He is one of my biggest fans and I would be upset if he wasn't around to support me.

Thank You,

Samantha Romanello

915 First Avenue
Franklin Square, NY 11010
DRomanello88@yahoo.com

To Whom It May Concern:

My name is Danielle Romanello. I am 24 years old, a graduate from the Adelphi School of Nursing and a newly Registered Nurse. I am writing on behalf of my grandfather, Anthony Romanello. My grandfather has always supported me in everything that I do. He always believed in me and encouraged me to be a successful woman. I know that he is proud of my accomplishments and I would like him to be around to share in my future ones. He is a loving grandfather that has watched me grow from a little girl into the person I am today. Thank you for your time and I hope you will take this into consideration.

Sincerely,
*Danielle M. Romanello*
Danielle M. Romanello

Subject: [No Subject]
From: Nick Romo (nromo065@yahoo.com)
To: nromo065@yahoo.com;
Date: Wednesday, June 13, 2012 11:16 PM

To whom it way concern,

My name is Nick Romanello, grandson of Anthony Romanello. I am eighteen years old and I am in my second year of college. I am writing on behalf of my grandfather. He has had a major impact on my childhood and has helped mold me into the person I am today. My grandfather has always been there for me when I needed him and I have always been able to go to him and talk about things going on in my life. We have a good time when we hang out together, whether it's in my backyard or in my living room watching a ballgame. My grandfather is getting older now and I think he should be with his family. Please consider this before making your decision.

Thank you,

*Nick Ronello* (signature)