```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★  JUN 26 2012  ★
BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

       Plaintiff,

   - against -

ANTHONY ROMANELLO,

       Defendant.
------------------------------------------------------x

ORDER

10 Cr. 929 (ILG)

GLASSER, United States District Judge:

    The Court is in receipt of an application dated June 19, 2012 from pro se intervenor Jerry Capeci seeking access to the plea agreement entered into by the government and the defendant.

    The government is hereby directed to respond to this application on or before June 29, 2012.

    SO ORDERED.

Dated:    Brooklyn, New York
           June 20, 2012

                                  s/ILG

                                  I. Leo Glasser
                                  United States Senior District Judge